UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.

                                     Criminal Case No.
                                     2:16–cr–20732–RHC–RSW
                                     Hon. Robert H. Cleland

Dean Reynolds,

           Defendant(s).

_____

**NOTICE OF FILING A MOTION UNDER 28 U.S.C. § 2255**

   A motion under 28 U.S.C. § 2255 was filed in the above captioned case.

   If you have any questions about the status or scheduling of this case, please contact the Courtroom Deputy to Judge Robert H. Cleland.  All documents must be filed in the above captioned criminal case.

**Certificate of Service**

   I hereby certify that this notice was served electronically on the United States Attorney's Office.

                                          KINIKIA D. ESSIX, CLERK OF COURT

                                                        By: s/ J. Owens
                                                                Deputy Clerk

Dated:  November 30, 2021