**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                     Case No. 16-cr-20732

D-1  DEAN REYNOLDS,

               Defendant.

_____/

**ORDER GRANTING DEFENDANT DEAN REYNOLDS'S REQUEST FOR
EXTENSION TO FILE REPLY BRIEF**

Pending before the court is Defendant Dean Reynolds's request under Federal Rule of Civil Procedure 6(b)(1)(A) to extend his deadline to file a reply brief in support of his refreshed motion to vacate his sentence under 28 U.S.C. § 2255 (ECF No. 332). (ECF Nos. 335, 336.) Specifically, due to lockdown conditions in place at the facility where he is incarcerated, Defendant, through counsel, seeks either a sixty-day extension to file his reply brief or a thirty-day extension from the date the lockdown conditions lift, whichever is later. (ECF No. 35, PageID.4847.) Alternatively, Defendant requests a forty-five-day furlough. (Id. at PageID.4848.) The Government is opposed, contending that the extension is unreasonable because Defendant can fully communicate with counsel telephonically despite the lockdown conditions. (ECF No. 337, PageID.4859.)

Utilizing its inherent authority to alter the briefing schedule, the court will grant Defendant a single, sixty-day extension from the date of this order to file his response brief. *See* E.D. Mich. LR 7.1. No further extensions shall be granted. Accordingly,

IT IS ORDERED that Defendant's request for an extension to file a reply brief

(ECF No. 335) is GRANTED to the extent that he must file his reply brief on or before

**February 18, 2023.**


s/Robert H. Cleland                              /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, December 20, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Criminal\16-20732.REYNOLDS.ReqestForExtensionToFileReplyBrief.EKL.docx