AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dean Reynolds | ) | Case No: 0645 2:16-CR-20732-01 |
|  | ) | USM No: 55063-039 |
| Date of Original Judgment: 12/12/2019 | ) | |
| Date of Previous Amended Judgment: | ) | Benton Martin |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **204** months **is reduced to** **188**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Counts 1, 9, and 12:           60 months custody, concurrent to each other counts
*Counts 2-8, 10, 11, and 13:  106 months custody, concurrent to each ofther; consecutive to other counts
Count 14:                      24 months custody, consecutive to other counts
                  Total of 188 months.
The remainder of the original sentence shall remain unaffected.

Except as otherwise provided, all provisions of the judgment dated 12/12/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 26, 2024         s/Gershwin A. Drain
                                   *Judge's signature*

Effective Date: _____         Gershwin A. Drain, U.S. District Judge
*(if different from order date)*    *Printed name and title*