UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEAN REYNOLDS,

        Defendant-Petitioner,

                                      Criminal Case No.: 2:16-cr-20732

v.                                 Case No.: 3:21-cv-12784

                                      Hon. Gershwin A. Drain

UNITED STATES OF AMERICA,

        Plaintiff-Respondent.
_____/

## **JUDGMENT**

Pursuant to the Opinion and Order denying § 2255 relief entered on this date; judgment is hereby entered in favor of the Plaintiff-Respondent, and against the Defendant-Petitioner.  A certificate of appealability shall not issue.

SO ORDERED.

Dated:  November 27, 2024               /s/Gershwin A. Drain
                                      GERSHWIN A. DRAIN
                                      United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 27, 2024, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager